404 A.2d 1351

Commonwealth v. Nicholas, Appellant.

Submitted October 26, 1978. James H. Stratton, Jr., Assistant Public Defender, for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.

404 A.2d 1351

Commonwealth v. Sims, Appellant.

Submitted October 26, 1978. John R. Cook, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and LIPEZ, JJ.

The order of the court below is affirmed.